People v Alvarado

2026 NY Slip Op 01977

April 1, 2026

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This decision is uncorrected and subject to revision before publication in the Official Reports.

The People of the State of New York, respondent,

v

Christopher Alvarado, appellant.

Supreme Court of the State of New York, Appellate Division, Second Judicial Department

Decided on April 1, 2026

2024-11714, (Ind. No. 70914/22)

Colleen D. Duffy, J.P.

Lara J. Genovesi

William G. Ford

Janice A. Taylor

James P. Mccormack, JJ.

Judah Maltz, Kew Gardens, NY, for appellant.

Anne T. Donnelly, District Attorney, Mineola, NY (Monica M. C. Leiter and Autumn S. Hughes of counsel), for respondent.

[*1]

DECISION & ORDER

Appeal by the defendant, as limited by his motion, from a sentence of the County Court, Nassau County (Teresa K. Corrigan, J.), imposed October 8, 2024, upon his plea of guilty, on the ground that the sentence was excessive.

ORDERED that the sentence is affirmed.

The sentence imposed was not excessive (see People v Suitte, 90 AD2d 80).

DUFFY, J.P., GENOVESI, FORD, TAYLOR and MCCORMACK, JJ., concur.

ENTER:

Darrell M. Joseph

Clerk of the Court